IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| OPTIMUS STEEL, LLC, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | |
| U.S. ARMY CORPS OF ENGINEERS, TODD T SEMONITE, LIEUTENANT GENERAL (IN HIS OFFICIAL CAPACITY AS CHEIF OF ENGINEERS AND COMMANDING GENERAL OF THE US ARMY OF ENGINEERS; TIMOTHY R VAIL, COLONEL (IN HIS OFFICIAL CAPACITY AS US ARMY CORPS OF ENGINEERS GALVESTON DISTRICT COMMANDER; AND  JEFFERSON SOUTHERN STAR PIPELINE, LLC, | § § § § § § § § § § § § § § § § | CIVIL ACTION NO.  1:20-CV-00374<br><br>JUDGE MICHAEL TRUNCALE |
| *Defendants*. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

Before the Court is Plaintiff's Unopposed Motion to Withdraw.  [Dkt. 54].  Plaintiff is requesting permission for Munsch Hardt Kopf & Harr, P.C. and its attorneys to withdraw as counsel of record for plaintiff in this matter.  The unopposed motion is granted.

It is therefore ORDERED that Plaintiff's Unopposed Motion to Withdraw [Dkt 54] is GRANTED.  The clerk of court is instructed to remove the law firm of Munsch Hardt Kopf & Harr, P.C. and its attorneys as counsel for Plaintiff.

It is further ORDERED that Frederick W. Addison, III remains attorney-in-charge for Plaintiff.

**SIGNED this 7th day of October, 2020.**

Michael J. Truncale
United States District Judge