# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| OPTIMUS STEEL, LLC § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> U.S. ARMY CORPS OF ENGINEERS, § <br> LIEUTENANT GENERAL TODD T. SEMONITE § <br> (in his official capacity as Chief of Engineers and § <br> Commanding General of the U.S. Army Corps of § <br> Engineers), COLONEL TIMOTHY R. VAIL (in his § <br> official capacity as U.S. Army Corps of Engineers § <br> Galveston District Commander), and JEFFERSON § <br> SOUTHERN STAR PIPELINE, LLC § <br> § <br> Defendants. § | CIVIL ACTION NO. 1:20-cv-00374-MJT |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Optimus Steel, LLC, Defendants United States Army Corps of Engineers, Lieutenant General Todd T. Semonite (in his official capacity as Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers), Colonel Timothy Vail (in his official capacity as U.S. Army Corps of Engineers Galveston District Commander) (collectively, the "Federal Defendants"), and Jefferson Southern Star Pipeline, LLC, in the above captioned case stipulate and agree that Plaintiff Optimus Steel, LLC hereby dismisses all of its claims with prejudice and that each party will bear its own attorneys' fees and costs.

DATED: November 19, 2020

Respectfully submitted,

| | |
|---|---|
| */s/ Frederick W. Addison, III* <br> Frederick W. Addison, III <br> E-mail: raddison@munsch.com <br> 500 North Akard <br> Suite 3800 <br> Dallas, Texas 75201 <br> Telephone: (214) 855-7500 <br> Facsimile: (214) 855-7584 <br><br> **COUNSEL FOR PLAINTIFF** | ERIC GRANT <br> DEPUTY ASSISTANT ATTORNEY GENERAL ENVIRONMENT & NATURAL RESOURCES DIVISION <br><br> STEPHEN J. COX <br> UNITED STATES ATTORNEY EASTERN DISTRICT OF TEXAS <br><br> */s/ James G. Guillingham* <br> JAMES G. GILLINGHAM <br> Assistant United States Attorney Texas State Bar No. 24065295 110 N. College, Suite 700 <br> Tyler, Texas 75702 <br> Tel: (903) 510-9346 <br> James.Gillingham@usdoj.gov <br><br> ROBERT AUSTIN WELLS <br> Texas State Bar No. 24033327 110 N. College, Suite 700 <br> Tyler, Texas 75702 <br> Tel: (903) 590-1400 <br> robert.wells3@usdoj.gov <br><br> Mark L. Walters <br> Texas State Bar No. 00788611 <br> U.S. DEPARTMENT OF JUSTICE <br> Environmental & Natural Resources Division <br> Environmental Defense Section <br> P.O. Box 7611 <br> Washington, DC 20044 <br> Telephone: (202) 616-9190 <br> Fax: (202) 514-8865 <br> Email: mark.walters@usdoj.gov <br><br> **ATTORNEYS FOR FEDERAL DEFENDANTS** |

4829-8666-3122v.1 018684.00001

**VINSON & ELKINS LLP**

By: */s/ Christopher V. Popov*
Christopher V. Popov
Texas Bar No. 24032960
Matthew C. Hoffman
Texas Bar No. 24068697
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Telephone: (713) 758-2636
Facsimile: (713) 615-5033
cpopov@velaw.com
mhoffman@velaw.com

Jeremy C. Marwell
D.C. Bar No. 1000299
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Telephone: (202) 639-6507
Facsimile: (202) 879-8997
Email: jmarwell@velaw.com

**ATTORNEYS FOR DEFENDANT JEFFERSON SOUTHERN STAR PIPELINE, LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 19, 2020, I electronically filed the above and foregoing document through the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                      */s/ Frederick W. Addison, III*

                                                      Frederick W. Addison, III

4829-8666-3122v.1 018684.00001