# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| OPTIMUS STEEL, LLC, | § |
| *Plaintiff*, | § |
| v. | § |
| U.S. ARMY CORPS OF ENGINEERS, LIEUTENANT GENERAL SCOTT A. SPELLMON[1] (in his official capacity as Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers), COLONEL TIMOTHY R. VAIL (in his official capacity as U.S. Army Corps of Engineers Galveston District Commander), and JEFFERSON SOUTHERN STAR PIPELINE, LLC, | § Civil Action No. 1:20-cv-374 |
| *Defendants*. | § |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Optimus Steel, LLC, Defendants United States Army Corps of Engineers, Lieutenant General Scott A. Spellmon (in his official capacity as Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers), Colonel Timothy Vail (in his official capacity as U.S. Army Corps of Engineers Galveston District Commander) (collectively, the "Federal Defendants"), and Jefferson Southern Star Pipeline, LLC, in the above captioned case

---

[1] Lieutenant General Scott A. Spellmon has succeeded Todd T. Semonite as Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers and, pursuant to Fed. R. Civ. P. 25(d), is automatically substituted as a party in this case.

1

stipulate and agree that Plaintiff Optimus Steel, LLC hereby dismisses all of its claims with prejudice as to their refiling, and that each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

<u>/s/ Frederick W. Addison, III</u>
Frederick W. Addison, III
E-mail: raddison@munsch.com
500 North Akard
Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

COUNSEL FOR PLAINTIFF


ERIC GRANT
DEPUTY ASSISTANT ATTORNEY GENERAL
ENVIRONMENT & NATURAL RESOURCES DIVISION

STEPHEN J. COX
UNITED STATES ATTORNEY
EASTERN DISTRICT OF TEXAS


<u>/s/ Robert Austin Wells*</u>
ROBERT AUSTIN WELLS
Assistant United States Attorney
State Bar No. 24033327
110 N. College, Suite 700
Tyler, TX 75702
Phone:  903-590-1400
Fax:  903-590-1436
robert.wells3@usdoj.gov

2

JAMES G. GILLINGHAM
Assistant United States Attorney
Texas State Bar No. 24065295
110 N. College, Suite 700
Tyler, Texas 75702
Tel:  (903) 510-9346
James.Gillingham@usdoj.gov

MARK L. WALTERS
Texas State Bar No. 00788611
U.S. DEPARTMENT OF JUSTICE
Environmental & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 616-9190
Fax: (202) 514-8865
Email: mark.walters@usdoj.gov

ATTORNEYS FOR THE FEDERAL DEFENDANTS


VINSON & ELKINS LLP


*By: /s/ Christopher V. Popov*\*
Christopher V. Popov
Texas Bar No. 24032960
Matthew C. Hoffman
Texas Bar No. 24068697
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Telephone: (713) 758-2636
Facsimile: (713) 615-5033
cpopov@velaw.com
mhoffman@velaw.com

>Jeremy C. Marwell
>D.C. Bar No. 1000299
>2200 Pennsylvania Avenue, NW
>Suite 500 West
>Washington, DC 20037
>Telephone: (202) 639-6507
>Facsimile: (202) 879-8997
>Email: jmarwell@velaw.com
>
>ATTORNEYS FOR DEFENDANT
>JEFFERSON SOUTHERN STAR
>PIPELINE,
>LLC
>
>*Signed electronically with permission
>by Frederick W. Addison, III

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2020, I electronically filed the above and foregoing document through the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>*/s/ Frederick W. Addison, III*
>Frederick W. Addison, III

4